IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kellogg North America Company LLC, | Case No. 3:25 CV 1154 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Leggo My Eggroll Ohio, LLC, | |
| Defendants. | |

Zoom Status Conference held January 9, 2026. Counsel present: Mary Hyde and Deborah Swedlow for Plaintiff; Elliot Werth for Defendant.

This Court reviewed with counsel the status of the case schedule. Discovery will be completed soon. Document exchange nearly complete and depositions concluded. Counsel shall file a Joint Status Report by **Monday, February 23, 2026**, including a proposed Summary Judgment briefing schedule and proposed July 2026 trial (3-4 day) dates. Counsel shall follow this Court's procedures for filing dispositive motions. This Court also encouraged counsel to follow up on any settlement discussions.

IT IS SO ORDERED.

          s/ *Jack Zouhary*
          JACK ZOUHARY
          U. S. DISTRICT JUDGE

          January 9, 2026